394 A.2d 619

Ellis v. Philadelphia Electric Company, Appellant, et al.

Argued June 19, 1978. Robert J. Stern, for appellant; Stephen J. Margolin, with him Louis Samuel Fine, for appellee, Adeline Ellis; Gerard J. St. John, for appellees, Robert Ellis and Patricia Ellis.

Judgment affirmed.

JACOBS, P. J., and HOFFMAN, J., would grant a new trial limited to damages.